LITIGATION & ADVOCACY GROUP
Glenn A. Murphy (SBN: 255994)
    gamurphy2@gmail.com
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Tel. (310) 743-6438

Attorneys for Plaintiff Norma Davis

E-FILED 02/21/14
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA DAVIS, | Docket No: CV10–6239 PSG (Ex) |
| Plaintiff, | Hon. Philip S. Gutierrez |
| v. | **[PROPOSED] ORDER RE: DISMISSAL** |
| DIPAK PATEL, *et al*., | |
| Defendants. | |

   Based upon the parties' Stipulation of Dismissal filed herewith, and good cause appearing, the current trial and pretrial conference dates are vacated, and Docket Number CV 10-06239 PSG (Ex) is hereby dismissed in its entirety with prejudice.

Dated: 2/21/14

PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez
Judge, United States District Court

[PROPOSED] ORDER RE: DISMISSAL